1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10  WILLIAM V. RONAN, D.O.,              )   Civil No. 05CV2134 JAH (WMc)
                                         )
11                  Plaintiff,           )   **ORDER GRANTING PLAINTIFF'S**
    v.                                   )   **EX PARTE APPLICATION TO FILE**
12                                       )   **OBJECTIONS TO DEFENDANT'S**
    LONG TERM DISABILITY PLAN FOR        )   **MOTION FOR SUMMARY**
13  ANESTHESIA SERVICE MEDICAL           )   **JUDGMENT FILING AND**
    GROUP, et al.                        )   **DENYING PLAINTIFF'S MOTION**
14                                       )   **TO STRIKE**
                    Defendants.          )
15  _____  )   **[Doc. No. 56]**

16          On August 29, 2006, Plaintiff William V. Ronan ("Plaintiff") filed an ex parte

17  application to file an objection to Defendant Reliastar Life Insurance Co.'s ("Reliastar") filing

18  of its motion for summary judgment, scheduled for oral argument before this Court on October

19  5, 2006.  Doc. No. 56.  In his objection, Plaintiff asks this Court to strike[1] the filing of

20  Defendant Reliastar's motion for summary judgment because it is: 1) an untimely cross-motion;

21  2) is duplicative of Plaintiff's motion for summary judgment; 3) amounts to an impermissible

22  surreply; 4) amounts to a "pre-decision motion for reconsideration of the issue"; and 5) does

23  not comply with Magistrate Judge McCurine's previously set pretrial motion hearing dates.

24  Reliastar filed an opposition to Plaintiff's ex parte application on August 31, 2006.

25          After a thorough review of the relevant documents filed in this matter, this Court

26  GRANTS Plaintiff's ex parte application to file his objection, and DENIES Plaintiff's request

27

28          [1] Because Defendant's motion for summary judgment has already been filed with this Court, *see* Doc.
    No. 39, this Court construes Plaintiff's request to "reject for filing Defendant Reliastar's motion" as a request
    to strike Reliastar's motion for summary judgment.

1   to reject the filing of Defendant Reliastar's motion for summary judgment.  First, there is no
2   evidence to support Plaintiff's contention that Reliastar's motion is untimely or violates
3   Magistrate Judge McCurine's scheduling order.  As set by Magistrate Judge McCurine, the
4   deadline for deciding the proper standard of review in the instant matter is October 31, 2006.
5   *See* Doc. No. 30 at ¶ 3.  Defendant's motion for summary judgment is scheduled for oral
6   argument before this Court on October 5, 2006.  Accordingly, Reliastar's motion is not
7   untimely.

8          Plaintiff's argument regarding the duplicative nature of Reliastar's motion or that
9   Reliastar's motion is an impermissible surreply is also unpersuasive.  Plaintiff does not argue
10  that cross motions for summary judgment or surreplies are procedurally improper in the instant
11  matter.  Instead, Plaintiff's arguments appear to target the merits of Defendant's motion for
12  summary judgment, which is not appropriate for consideration on an ex parte application.
13  Plaintiff's arguments, therefore, lack merit.  Finally, Plaintiff's argument that Reliastar's motion
14  should have been filed as a motion for reconsideration likewise is unpersuasive.  As the Federal
15  Rules recognize, a motion for reconsideration requires this Court to apply a more stringent
16  standard of review.  *See* Fed. R. Civ. Proc. 60(b).  Thus, if Defendant were instead limited to
17  filing a motion for reconsideration, this Court could only consider Defendant's motion if the
18  Court's order were based on: "(1) mistake, inadvertence, surprise, or excusable neglect; (2)
19  newly discovered evidence...; (3) fraud..., misrepresentation, or other misconduct of an adverse
20  party; ... or (6) any other reason justifying relief from the operation of the judgment."  Fed. R.
21  Civ. P. 60(b).  Such a requirement would prejudice Defendant where filing of a cross motion
22  for summary judgment was otherwise proper.  This Court, therefore, declines to adopt Plaintiff's
23  assertions, and DENIES Plaintiff's request to strike Defendant's motion for summary judgment.
24  ///
25  ///
26  ///
27  ///
28  ///

## CONCLUSION AND ORDER

Accordingly, for the reasons set forth above, **IT IS HEREBY ORDERED** that:

1)      Plaintiff's <u>ex</u> <u>parte</u> application to file its objections to Defendant's filing of its motion for summary judgment is **GRANTED**.  The Clerk of the Court is directed to file the attached documents forthwith.

2)      Plaintiff's request to strike the filing of Defendant's motion for summary judgment is **DENIED**.

**IT IS SO ORDERED**.


DATED:          September 6, 2006

_____
Hon. John A. Houston, U.S. District Judge
United States District Court


cc:   Magistrate Judge McCurine
      All Counsel of Record

05cv2134